UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF:<br><br>James F. Corun<br><br>DEBTOR(S) | Case No.: 18-20107<br>Chapter 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, by Fay Servicing, LLC, Servicing Agent<br>　　　　MOVANT<br>　　　　　vs.<br>James F. Corun<br><br>　　　　RESPONDENT(S) | |

## NOTICE OF SECURED CREDITOR'S RIGHT TO COMMENCE FORECLOSURE

NOW COMES MOVANT by the undersigned counsel and files herein this NOTICE OF TERMINATION OF AUTOMATIC STAY.

Pursuant to the terms and conditions of the Consent Order, the Debtor(s) have/has no right to cure said default.

Under the provisions of the Consent Order, the stay of Section 362(a) is terminated as of December 7, 2022.

Signed and mailed this 7th day of December, 2022.

　　　　　　　　　　　　　　　　　　/s/ Richard J. Rogers
　　　　　　　　　　　　　　　　　　Richard J. Rogers, Esquire
　　　　　　　　　　　　　　　　　　Cohn, Goldberg & Deutsch, LLC
　　　　　　　　　　　　　　　　　　1099 Winterson Road, Suite 301
　　　　　　　　　　　　　　　　　　Linthicum Heights, MD  21090
　　　　　　　　　　　　　　　　　　410-296-2550
　　　　　　　　　　　　　　　　　　Fax: 410-296-2558
　　　　　　　　　　　　　　　　　　Email: bankruptcyecf@cgd-law.com
　　　　　　　　　　　　　　　　　　Federal Bar #: 01980 (MD)
　　　　　　　　　　　　　　　　　　Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 457748

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 7th day of December, 2022, a copy of the within Notice of Secured Creditor's Right to Commence Foreclosure was mailed, postage prepaid, and/or electronic filing notification, to:

James F. Corun
7539 Sundays Lane
Frederick, Md 21702

| | |
|---|---|
| and respondent(s)' counsel: | Rebecca A. Herr, Trustee |
| James C. Martin, Esquire | 185 Admiral Cochrane Dr. Suite 240 |
| PO Box 157 | Annapolis, MD 21401 |
| Poolesville, MD 20837-0000 | |

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 457748