

*Lori Simpson*
**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| James F. Corun | * | Case No. 18-20107 |
| | * | |
| Debtor | * | Chapter 13 |
| | * | |
| Fay Servicing, LLC, servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | * | |
| | * | |
| Movant | * | |
| | * | |
| VS | * | |
| | * | |
| James F. Corun | * | |
| | * | |
| Respondent | * | |

* * * * * * * * * * * * *

### CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the foregoing Motion for Relief from Automatic Stay and upon the agreement of Fay Servicing, LLC, servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, Movant by its undersigned counsel, and James F. Corun, Debtor, by his undersigned counsel, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Automatic Stay as to the property known 7539 Sundays Lane, Frederick, MD 21702, be and is hereby modified, pursuant to 11 U.S.C. Section 362 (d) as follows:

1) Within sixty (60) days of the entry of this Order, Movant shall file an Amended Proof of

   Claim in which any post-petition arrears through December 14, 2021 shall be placed in

   the Amended Proof of Claim;

2) That within thirty days of the entry of this Order, Debtor shall file an Amended Chapter 13 Plan, and if appropriate, a Motion to Amend the Chapter 13 Plan, to provide for payment of said post-petition arrears through his Chapter 13 Plan;

3) That the Debtor shall resume making his regular monthly payment in the amount of $1,048.31 or as adjusted for escrow or other monthly payment changes starting January 1, 2022, and as and when due thereafter;

4) That should the Debtor fail to make any payment when due or should any payment be returned for insufficient funds, Movant shall file a Notice of Default with the Court. Said Notice shall be mailed to Debtor and Debtor's counsel and allow Debtor ten (10) days from the date the Affidavit of Default is mailed to cure up to two (2) defaults under this agreement. Any cure of a Notice of Default must be made in the form of a certified or cashier's check or Western Union Quick Collect. No right shall be given to cure any default beyond that which is allowed in the Consent Order.

5) Upon the failure of the Debtor to cure any Notice of Default herein, or upon any subsequent default beyond that which is allowed to be cured in this Consent Order, the automatic stay shall automatically terminate upon the filing of a Notice of Termination of Automatic Stay by Movant.

6) That if Debtor converts this case to a case under Chapter 7, the Automatic Stay shall immediately terminate, and Movant may immediately exercise all rights provided by the security instruments referenced in the Motion for Relief and applicable state law.

7) The post petition amount to be put in plan is $17,783.05, which includes defaulted payments and legal fees. September 1, 2020 – May 1, 2021 @ $1,056.72 = $9,510.48.

June 1, 2021 – August 1, 2021 @ $947.11= $2,841.33 September 1, 2021- December 1, 2021 @ $1,048.31= $4,193.24

April 1,2019- July 1,2019@$1,022.34= $4,089.36

August 1,2019- May 1,2020 @ $1,059.37= $10,593.70

June 1,2020- August 1,2020 @ $1,056.72= $3,170.16

Plus Legal and Filing fees of $1,238.00. The fourteen (14) day stay of Bankruptcy Rule 4001 (a)(3) is waived.

Consented hereto:

/s/ James C. Martin                                        /s/ Richard J. Rogers
 James C. Martin                                            Richard J. Rogers, Esq.
 PO Box 157
Poolesville, MD 20837
301-279-8700

                                                  Cohn, Goldberg & Deutsch, LLC
                                                  600 Baltimore Avenue, Suite 208
                                                  Towson, MD 21204
                                                  (410) 296-2550

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of December, 2021, a copy of the attached Consent order has been mailed first class mail to:

James F. Corun
7539 Sundays Lane
Frederick, Md 21702
Debtor(s)

And by electronic filing notification CM/ECF to:

And debtor's(s') counsel:

James C. Martin
PO Box 157
Poolesville, MD 20837

Rebecca A. Herr
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
Chapter Trustee

/s/ Richard J. Rogers
RICHARD J. ROGERS, ESQUIRE
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208 Towson, MD  21204
410-296-2550
Federal Bar #: 01980 (MD)
Email: bankruptcyecf@cgd-law.com

**END OF ORDER**